UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  ALEXIS "LECKY" KING DOCUMENTS
STATE FARM-HURRICANE KATRINA CASES

## ORDER TEMPORARILY GRANTING PROTECTIVE ORDER

Before the Court is a motion for protective order filed by counsel for Alexis "Lecky" King in this and other Katrina-related cases.  In her motion, King requests that the Court enter a protective order restricting the disclosure or dissemination of any documents of King to anyone other than the parties to this lawsuit for use in this litigation only.

In order to expedite document production and to aid the parties in preparing for upcoming trials, the Court finds that the motion for protective order should be granted, at least temporarily, until the parties have had an opportunity to file responses to King's motion.  State Farm is ordered to produce the King documents immediately with the understanding that the documents are not to be disclosed or disseminated to anyone other than the parties to this lawsuit for use in this litigation only.  Once the parties have filed responses to King's motion, the Court will enter a final order regarding the motion for protective order.

SO ORDERED, this the 25th day of July, 2007.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE